IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | Case No.  JKB-04-0339 |
| JAMES OSCAR LITTLE, | : | |
| Defendant. | : | |

## SUPPLEMENT TO EMERGENCY MOTION
## FOR RELEASE PENDING SENTENCING

Mr. Little, through undersigned counsel, hereby supplements his previously filed Emergency Motion for Release Pending Sentencing[1] based on the government's consent.  In support of this Motion, Mr. Little submits the following:

1. On April 4, 2020, Mr. Little filed an Emergency Motion for Release Pending Sentencing.  ECF No. 65.[2]  Mr. Little seeks immediate release on strict conditions, including home detention with location monitoring and restricted travel comprising only medical appointments, legal appointments, and court appearances.

2. On April 6, 2020, Assistant United States Attorney Marty Clarke indicated to undersigned counsel that the government consents to Mr. Little's request considering his particularized need for surgery.

3. Mr. Little is currently detained in the Metropolitan Transition Center (MTC) infirmary because of a severe knee injury.  Dr. Frank Henn, a member of Mr. Little's medical team through the University of Maryland, indicates that Mr. Little needs a complex, specialized surgery.  *See*

---

[1] Mr. Little is detained pending sentencing for violating the terms of supervised release. Release pending sentencing is therefore governed by 18 U.S.C. § 3143(a)(1).

[2] At the time of filing, undersigned counsel notified Judge Gesner (who presided over the detention hearing) through CM/ECF and emailed a copy of the motion to Judge Gesner, Judge Boardman (who was on duty), and Judge Bredar (who will preside over Mr. Little's sentencing).

1

Exhibit 1 (April 3 Letter). Without surgery, the severity of Mr. Little's lifelong disability will be compounded. *Id.*

4. Dr. Henn previously cautioned against disruption of Mr. Little's treatment regimen. *See* Exhibit 2. To that end, Mr. Little admitted on March 13, 2020 to violating the terms of supervised release and sentencing was postponed until July 17, 2020 so that he could stay connected with the UMD medical team. *See* ECF No. 63.

5. MTC's physician has since refused to authorize Mr. Little's surgery because of COVID-19 and lack of transportation. *See* Exhibit 1. Mr. Little therefore seeks immediate release on strict conditions so that he can get critical surgical care. Under the exceptional circumstances, Mr. Little's release is appropriate because of his medical condition and incentives for compliance.[3]

6. Mr. Little's injury has severely restricted his mobility. He understands the lifelong consequences that he faces if his injury is not treated appropriately. Were Mr. Little to be reincarcerated, he would risk further disruption of his surgical care and recovery. This Court can therefore be assured that Mr. Little will abide by strict release conditions and remain inside, where is he safest.

7. Mr. Little also recognizes that he faces additional time at sentencing. Upon release from federal custody, he will be on state probation and will presumably be placed on home detention as part of his state sentence, facing approximately 9.5 years of backup time. This Court can therefore be assured that Mr. Little will be closely supervised and that he will abide by strict release conditions in order to mitigate against future incarceration.

---

[3] Mr. Little requests to incorporate the facts and arguments presented in his Emergency Motion for Release Pending Sentencing, ECF No. 65.

8.  Mr. Little's detention pending sentencing is unnecessary to protect the community and poses grave risks for his health. This Court should therefore release Mr. Little immediately with appropriate conditions.

        Respectfully submitted,

        JAMES WYDA
        Federal Public Defender
        For the District of Maryland
        /s/_____
        Courtney D. Francik, Staff Attorney
        100 S. Charles Street
        Tower II, 9th Floor
        Baltimore, MD 21202
        (410) 962 3962
        Courtney_Francik@fd.org